ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
JOSEPH LANGKAMER (PA BAR NO. 208286)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2212
E-Mail: Joseph.Langkamer@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON TERREL,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No.: 1:26-cv-00460-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 16) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 21, 2026, up to and including August 20, 2026. This is the Defendant's first request for an extension.

Defense counsel is working with a newer attorney in our office on this case and is overseeing her work. Since the plaintiff's opening brief was filed, that attorney has handled numerous briefs and continues to have a heavy workload, and she plans to be out of the office between now and the time the current brief is due. Likewise, the undersigned defense counsel also has worked on multiple cases, including reviewing other attorneys' work and drafting his

own briefs. For these reasons, Defendant respectfully requests additional time to file the brief in this case.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 16, 2026

*/s/ Dolly M. Trompeter**
(*as authorized via e-mail on July 16, 2026)
DOLLY M. TROMPETER
Attorney for Plaintiff

Dated: July 16, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: */s/ Joseph Langkamer*
JOSEPH LANGKAMER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 16), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS SO ORDERED that Defendant shall have an extension, up to and including **August 20, 2026**, to respond to Plaintiff's Motion for Summary Judgment. All other deadlines in the Scheduling Order (Doc. 3) are enlarged accordingly.

IT IS SO ORDERED.

Dated: **July 16, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE